IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDDIE WILSON, personal representative of the Estate of**
**DAVID WILSON, deceased, and on behalf of the wrongful**
**death beneficiaries of DAVID WILSON**                    **PLAINTIFF**

V.                            3:22CV00053 JM

**MARION SCHOOL DISTRICT,**
**JOHN DOE DEFENDANTS 1-3**                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 12th day of January, 2024.

_____
James M. Moody Jr.
United States District Judge